IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RALPH J. STROM, | ) No. CV-12-0033-CKJ |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| PROFESSIONAL INSURANCE COMPANY, | ) |
| Defendant. | ) |

Pursuant to stipulation by the Parties, IT IS HEREBY ORDERED that this case is **dismissed with prejudice**, each side to bear their own attorneys' fees and costs.

**The Clerk of the Court is directed to close the file in this matter.**

DATED this 8th day of March, 2012.

_____
Cindy K. Jorgenson
United States District Judge